



**PROJECT UNSEAL**

Dirkson U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Dated: 6/23/2024

In Re: 1:86-CR-00513 – USA v. Garcia-Lopez, et al

To whom it may concern,

I am a recent law school graduate, and I am interested in reviewing the indictment of cases that have had compassionate release motions filed. During my review of these dockets, I have discovered that this case's indictment remains sealed despite several years having passed since indictment and a conviction being entered.

I request that this court unseal the various documents in this case and make these records available for public review via Pacer.

Requested documents listed at the following entries:
26 – Indictment (dated Aug. 20, 1986)
129 – Superseding Indictment (dated Dec. 12, 1986)
348 – Superseding Indictment (dated Aug. 7, 1987)

Best,

*[signature]*

Andrew Green, J.D.
1515 Dekalb Street, Unit 109
Norristown, PA 19401
projectunseal@gmail.com

Andrew Green
1515 Dekalb St, unit 109
Norristown, PA 19401

Dirkson us. Court house
219 S. Dearborn St
Chicago, IL 60604

PHILADELPHIA PA 190
24 JUN 2024 PM 9 L

60604-170239

RECEIVED
JUL 02 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT